KDE:MEG/JMS
F.# 2018R01858

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – X

| | |
|---|---|
| UNITED STATES OF AMERICA | [P R O P O S E D] P R O T E C T I V E  O R D E R |
| - against - | 20 CR 213 (KAM) |
| TYSHAWN CORBETT, et al., | |
| Defendants. | |

– – – – – – – – – – – – – – X

Upon the September 29, 2020 application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Margaret E. Gandy and Jonathan Siegel,

IT IS HEREBY ORDERED that the government may provide redacted copies of affidavits submitted in support of search warrants to the defendants in the above-captioned case;

IT IS FURTHER ORDERED that the government shall provide unredacted copies of the affidavits submitted in support of search warrants (the "Protected Material") to the defendants' attorneys;

IT IS FURTHER ORDERED that the Protected Material may not be disseminated beyond the defendants' attorneys and their legal staff;

IT IS FURTHER ORDERED that the defendants' attorneys and their legal staff shall not make additional copies of the Protected Material;

IT IS FURTHER ORDERED that the defendants shall be prohibited from possessing the Protected Material, including in any jail facility, except when reviewing the

material in the presence of their attorneys or their attorneys' legal staff;

IT IS FURTHER ORDERED that the Protected Material shall be returned to the government at the conclusion of this case; and

IT IS FURTHER ORDERED that this Order shall apply to the currently charged defendants as well as to additional defendants, if any, charged in superseding indictments returned after the date of the execution of this Order.

Dated:     Brooklyn, New York
           October ___, 2020

_____
THE HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK