**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

January 3, 2022

VIA ECF & EMAIL

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Tyshawn Corbett, et al., No. 20-cr-213 (KAM)

Dear Judge Matsumoto:

We write on behalf of defendant Qawon Allen in regard to the medical order that the Court entered at the status conference on December 1, 2021, directing the Metropolitan Detention Center-Brooklyn ("MDC") to examine Mr. Allen's missing dental crown and setting a return date of December 10. Since the status conference, Mr. Allen has never been seen by the MDC's Health Services for his missing crown, nor have we received any notice from the MDC regarding his medical treatment. Mr. Allen's dental needs remain untreated and he is currently experiencing pain and swelling on the side of his face where the crown is missing, which may be symptoms of an infection.

We respectfully request that the Court enter the attached order directing the MDC to examine Mr. Allen immediately and to provide an update to the Court, the government, and Mr. Allen regarding his treatment.

Respectfully submitted,

/s/
Deirdre von Dornum
Benjamin Yaster
Federal Defenders of New York, Inc.
(646) 842-1754
*Counsel for Qawon Allen*

cc:   all counsel of record (via ECF)