**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

April 24, 2023

VIA ECF & EMAIL

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Qawon Allen, No. 19-cr-128 (NGG)

Dear Judge Garaufis:

We write on behalf of defendant Qawon Allen to request an additional two weeks to file our response to the government's motion to disqualify our office as counsel. We also request that the May 4, 2023, oral argument date be continued two weeks, to a date on or after May 18 convenient to the Court.

We make this request because we need additional time to prepare our response to the government's motion. In the two weeks since the government moved to disqualify our office, Mr. Allen has met several times with his appointed *Curcio* counsel, James Branden. Today, Mr. Branden informed us of how Mr. Allen would like to proceed. Now that Mr. Allen has been independently advised about the potential conflicts and has made his decision about our office's continued representation of him, we can respond to the government's motion. We anticipate needing no more than two weeks to do so.

We have discussed this request with counsel for the government, who have no objection.

Respectfully submitted,

/s/
Deirdre von Dornum
Benjamin Yaster
Federal Defenders of New York, Inc.
(718) 330-1291
*Counsel for Qawon Allen*

cc: all counsel of record (via ECF)
chambers of Hon. Kiyo A. Matsumoto (via ECF)